UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DAVID L. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. C10-930-MJP-BAT |
| | ) | |
| v. | ) | **REPORT AND** |
| | ) | **RECOMMENDATION** |
| MICHAEL ASTRUE, Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

David L. Williams brought an action seeking review of the denial of his application for disability insurance benefits and supplemental security income by the Commissioner of the Social Security Administration. Dkt. 1. The parties stipulate the case should be remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Dkt. 20.

Specifically, the parties stipulate that on remand, the Administrative Law Judge shall:

(1) Conduct a de novo hearing, further develop the record, and issue a new decision;

(2) Re-evaluate and further develop the medical evidence or record;

(3) Re-evaluate steps two and three of the sequential evaluation process;

(4) Re-evaluate plaintiff's credibility;

(5) Re-evaluate plaintiff's RFC pursuant to SSR 96-8p; and

(6) Re-evaluate steps four and five with the assistance of a vocational expert, if

REPORT AND RECOMMENDATION – 1

1         necessary.

2         The parties further stipulate that upon proper request, the Court will consider plaintiff's

3 application for reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d).

4         Having reviewed the pleadings and the administrative record, the Court recommends the

5 case be **REVERSED** and **REMANDED** for further administrative proceedings as set forth above.

6 As the parties stipulate to remand, the Court recommends if this recommendation is adopted, that it

7 be approved immediately.  A proposed order accompanies this Report and Recommendation.

8         DATED this 10th day of December, 2010.

                                                      BRIAN A. TSUCHIDA
                                                    United States Magistrate Judge

REPORT AND RECOMMENDATION – 2